UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODOLFO CARVAJAL and SYLVIA TREJOS, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOLLAND AMERICA LINE INC., a Washington corporation; ROYAL HYWAY TOURS, INC., an Alaska corporation D/B/A GRAY LINE OF ALASKA and/or GRAY LINE ALASKA,<br><br>    Defendants. | NO.<br><br>COMPLAINT FOR DAMAGES<br><br>JURY DEMAND |

I.   JURISDICTION AND VENUE

1. This claim for damages is for injuries suffered by Plaintiffs caused by the negligence of defendants. Jurisdiction is vested in this court pursuant to 28 U.S.C. § 1332, diversity of citizenship.

2. The amount in controversy exceeds the sum of $75,000 exclusive of interest and

COMPLAINT FOR DAMAGES – 1

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Phone:    206/621-8525
Fax:       206/223-8224

costs.

3.     Venue is proper in the United States District Court for the Western District of Washington.

## II.     PARTIES

4.     Plaintiff RODOLFO CARVAJAL, at all times material hereto, is a citizen and resident of San Jose, Costa Rica.

5.     Plaintiff SYLVIA TREJOS, at all times material hereto, is a citizen and resident of San Jose, Costa Rica.

6.     HOLLAND AMERICA LINE, INC. (hereinafter referred to as "HAL") is a registered corporation in Washington State with its principal place of business being 450 3rd Avenue West, Seattle, Washington 98119.

7.     ROYAL HYWAY TOURS, INC. is an Alaska corporation, with its principal place of business at 450 3rd Avenue W, Seattle, Washington 98119 and conducts business as GRAY LINE OF ALASKA and/or GRAY LINE ALASKA (hereinafter referred to as "RHT").  Upon information, HAL is the sole shareholder of RHT.

## III.     FACTUAL ALLEGATIONS

8.     In 2014, Plaintiff CARVAJAL was diagnosed with Amyotrophic Lateral Sclerosis (ALS), which is a progressive, neurodegenerative disease.

9.     At the time of the subject incident, Plaintiff CARVAJAL was confined to an electric wheelchair and required 24-hour care from a specialized medical assistant.

10.    At the time of the subject incident, Plaintiff CARVAJAL required a feeding tube for all nutrition and his airway would become restricted if he was in the wrong position.

11.    On July 21, 2018, Plaintiffs and their children departed from Seattle, Washington on

COMPLAINT FOR DAMAGES – 2

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Phone:    206/621-8525
Fax:         206/223-8224

the Norwegian Bliss, a cruise ship operated by Norwegian Cruise Lines.

12.     On July 24, 2018, the Norwegian Bliss was docked on the "AJ Dock" located at 1110 Jacobsen Drive in Juneau, Alaska. Plaintiff CARVAJAL and his specialized medical assistant exited the Norwegian Bliss and were in a marked pedestrian walkway on the AJ Dock when a tour bus bearing license plate number ECL633 driven by defendants' employee and/or agent, Vincent James Tippery, suddenly reversed and went backward into the walkway and struck Plaintiff CARVAJAL, knocking him to the ground. Plaintiff CARVAJAL was in his electric wheelchair when this frightening incident occurred.

13.     As a result of being struck and knocked over into the horizontal position, which impeded his ability to breathe, Plaintiff CARVAJAL sustained personal injuries and severe psychologically traumatic injuries which he continues to experience.

### IV.     CAUSE OF ACTION

14.     Plaintiffs hereby incorporate paragraphs 1 through 13 above as though fully set forth in full in this cause of action.

15.     At all times herein mentioned, defendants owned, operated and/or maintained the subject tour bus.

16.     As the operator of the subject tour bus, Vincent James Tippery had a duty to exercise ordinary care and yield to pedestrians in a marked pedestrian walkway and to take appropriate precautions when reversing into such marked pedestrian walkway.

17.     Defendants are vicariously liable for the negligent acts and omissions of Vincent James Tippery under the doctrine of respondeat superior.

18.     As a direct and proximate result of defendants' negligence, Plaintiffs sustained substantial injuries.

COMPLAINT FOR DAMAGES – 3

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Phone:    206/621-8525
Fax:        206/223-8224

19. At all times material, the defendants were acting by and through their authorized employees, servants and agents in all matters affecting the injuries and damages sustained by Plaintiffs. Plaintiffs' injuries and damages were proximately caused by the negligence of the defendants.

20. Plaintiffs are informed and believe and thereon allege that said injuries have resulted in permanent disability to Plaintiff CARVAJAL, all to his general damage in a sum in excess of the subject matter jurisdiction of this Court.

V. DAMAGES

21. As a direct and proximate result of the negligence of the defendants, Plaintiff CARVAJAL has suffered pecuniary and other compensable losses proximately caused by his injuries, including medical costs, lifecare costs, and other out-of-pocket liquidated known sums, and will suffer such damages in the future.

22. As a direct and proximate result of defendants' conduct, Plaintiff CARVAJAL has suffered emotional distress, physical pain and suffering, loss of enjoyment of life, disability, disfigurement, and loss of consortium with his wife Plaintiff TREJOS, and will suffer such damages in the future.

23. As a result of defendants' negligence, Plaintiff TREJOS has sustained and will continue to sustain a loss of consortium.

24. Defendants committed these negligent acts in the State of Alaska, a state that possesses a strong interest in punishing and deterring such conduct, to wit, deterring the operators of buses from running over individuals who are proceeding lawfully across a marked pedestrian walkway. Accordingly, the defendants are liable for punitive damages under Alaska law. *Singh v. Edwards Lifesciences Corp.*, 151 Wn. App. 137, 210 P.3d 337 (2009).

COMPLAINT FOR DAMAGES – 4

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Phone:   206/621-8525
Fax:     206/223-8224

## VI. JURY DEMAND

Pursuant to FRCP 38 and LCR 38, Plaintiffs demand a trial by jury on all issues triable by jury.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for compensatory damages to be awarded in their favor against the defendants, jointly and severally, in a fair sum as shall be proved at trial to fairly compensate them for their special and general damages, together with costs, attorney's fees, disbursements, pre-judgment interest, and such other and further relief as the court shall deem just and proper. Plaintiffs also pray for punitive damages against defendants under Alaska law, in an amount to be determined at trial.

DATED this 19th day of July, 2019.

LAW OFFICES OF JAMES S. ROGERS

s/ James S. Rogers
s/ Heather M. Cover
s/ Michelle Hyer
James S. Rogers, WSBA #5335
Heather M. Cover, WSBA #52146
Michelle Hyer, WSBA #32724

Attorneys for Plaintiffs

1500 Fourth Avenue, Suite 500
Seattle, WA 98101
Phone: 206-621-8525
Fax: 206-223-8224
Email: jsr@jsrogerslaw.com
heather@jsrogerslaw.com
michelle@jsrogerslaw.com

COMPLAINT FOR DAMAGES – 5

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA 98101
Phone:   206/621-8525
Fax:   206/223-8224