THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODOLFO CARVAJAL and SYLVIA TREJOS, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA LINE INC., a Washington Corporation; ROYAL HYWAY TOURS, INC., an Alaska Corporation D/B/A/ GRAY LINE OF ALASKA and/or GRAY LINE ALASKA;<br><br>Defendants. | CASE NO.: 2:19-CV-01115-BJR<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES** |

**GOOD CAUSE APPEARING**, the Court hereby orders as follows:

The Parties' Stipulation to Continue Trial and Related Dates is GRANTED.

IT IS HEREBY ORDERED the trial and related dates are extended 90 days as follows:

| | Original Date | New Date |
|---|---|---|
| Jury Trial | 1/25/2021 at 9:30 AM | 4/26/2021 at 9:30 AM |
| Reports from expert witness under FRCP 26(a)(2) due | 6/29/2020 | 9/28/2020 |
| Discovery completed by | 7/29/2020 | 10/27/2020 |
| All dispositive motions must be filed by | 8/28/2020 | 11/27/2020 |
| All motions *in limine* must be filed by | 12/21/2020 | 3/22/2021 |

| | | |
|---|---|---|
| Joint Pretrial Statement | 12/28/2020 | 3/29/2021 |
| Pretrial conference | 1/11/2021 at 11:00 AM | 4/12/2021 at 11:00 AM |

IT IS SO ORDERED.

Dated: June 6, 2020

_____
Hon. Barbara J. Rothstein
United States District Judge