THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODOLFO CARVAJAL and SYLVIA TREJOS, husband and wife,<br><br>  Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA LINE INC., a Washington Corporation; ROYAL HYWAY TOURS, INC., an Alaska Corporation D/B/A/ GRAY LINE OF ALASKA and/or GRAY LINE ALASKA;<br><br>  Defendants. | CASE NO.: 2:19-CV-01115-BJR<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES** |

**GOOD CAUSE APPEARING**, the Court hereby orders as follows:

The Parties' Stipulation to Continue Trial and Related Dates is GRANTED.

IT IS HEREBY ORDERED the trial and related dates are extended 90 days as follows:

| | Original Date | New Date |
|---|---|---|
| Jury Trial | 4/26/2021 at 9:30 AM | 7/26/2021 at 9:30 AM |
| Discovery completed by | 10/27/2020 | 1/27/2021 |
| Reports from expert witness under FRCP 26(a)(2) due | 9/28/2020 | 2/20/2021 |
| All dispositive motions must be filed by | 11/27/2020 | 3/1/2021 |
| All motions *in limine* must be filed by | 3/22/2021 | 6/22/2021 |

| Joint Pretrial Statement | 3/29/2021 | 6/29/2021 |
| Pretrial conference | 4/12/2021 at 11:00 AM | 7/12/2021 at 11:00 AM |

IT IS SO ORDERED.

Dated: September 24, 2020.

*Barbara J. Rothstein*
Hon. Barbara J. Rothstein
United States District Judge
WESTERN DISTRICT OF WASHINGTON